# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br>*Plaintiff*<br>v.<br>BENTON COUNTY JAIL, DR. B. WATSON AND NURSE VAL,<br>*Defendant* | )<br>)<br>)  Civil Action No.  13-CV-5110-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on an Order to Show Cause (ECF No. 5).


Date:  December 23, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
   *(By) Deputy Clerk*

Linda L. Hansen